IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re | )
| | )
| DONIA M. HICKERSON, | ) Case No. 10-47770-659
| | )
| Debtor | ) Adversary No. 12-04317-705 #11
| | )
| and | )
| | )
| | ) Chapter 7
| MIDWEST ACCEPTANCE CORP. | )
| | )
| Plaintiff | )
| | ) Judge Charles E. Rendlen III
| vs. | )
| | )
| DONIA M. HICKERSON, | )
| | )
| | )
| Defendant. | |

## Judgment

Plaintiff's request for entry of default called. Counsel appears for Plaintiff. Counsel appears for Defendant. Based upon the Stipulation of the Parties, and with their consent, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That any debt that may be owed to Midwest Acceptance Corp. by Donia Hickerson related to a contract dated July 30, 2010 between Donia Hickerson and AllStar Motors Inc. is a postpetition debt and thus any liability is not discharged in her Chapter 7, case number 10-47770.

2. That there is no discharge of any debt that debtor incurred after July 12, 2010, the date of the filing of her Chapter 7 petition, case number 10-47770.

ORDERED, that the Petition for Declaratory Judgment is GRANTED in that, pursuant to 11 USC Section 727 (b), the discharge entered in this Chapter 7 did not discharge the debt claimed by Midwest Acceptance Corp. or of any creditor whose debts were incurred after July 12, 2010.

DATED: January 28, 2013  
St. Louis, Missouri 63102  
mtc

CHARLES E. RENDLEN  
U.S. Bankruptcy Judge

**St. Louis, MO**

Submitted by:

Patricia Ann Flood,

Bryan Brody

Copies to:

Patricia Ann Flood
Attorney for Creditor
1420 Strassner Dr.
St. Louis, MO 63144


Randall Gusdorf
Bryan Brody
Attorneys for Debtor
225 S. Meramec Ave., Suite 1220
St. Louis, MO   63105

Donia M. Hickerson
PO Box 38096
St Louis, MO 63138